No. 64560.—King Shipping Co. v. United States, protest 59/20667 (New York).

Opinion by JOHNSON, J.   The protest was dismissed.

No. 64561.—Hensel, Bruckmann & Lorbacher, Inc. v. United States, protest 58/19998 (New York).

Opinion by JOHNSON, J.   In accordance with rule 5(b) of the rules of this court, as amended, the protest was dismissed for lack of prosecution.

No. 64562.—W. C. Sullivan & Company v. United States, protest 59/23732–10749 (Chicago).

Opinion by JOHNSON, J.   In accordance with rule 5(b) of the rules of this court, as amended, the protest was dismissed for lack of prosecution.

No. 64563.—Gallagher & Ascher Co. v. United States, protest 59/23736–11011 (Chicago).

Opinion by JOHNSON, J.   In accordance with rule 5(b) of the rules of this court, as amended, the protest was dismissed for lack of prosecution.

No. 64564.—American Commercial, Incorporated v. United States, protest 59/ 30105 (New York).

Opinion by JOHNSON, J.   In accordance with rule 5(b) of the rules of this court, as amended, the protest was dismissed for lack of prosecution.

No. 64565.—L. & R. Organic Products Co., Inc. v. United States, protest 59/30227 (New York).

Opinion by JOHNSON, J.   In accordance with rule 5(b) of the rules of this court, as amended, the protest was dismissed for lack of prosecution.

No. 64566.—Jung Forwarding Co. v. United States, protest 59/30228 (New York).

Opinion by JOHNSON, J.   In accordance with rule 5(b) of the rules of this court, as amended, the protest was dismissed for lack of prosecution.

No. 64567.—L. A. Ferm Company, Inc. v. United States, protest 59/31180 (New York).

Opinion by JOHNSON, J.   In accordance with rule 5(b) of the rules of this court, as amended, the protest was dismissed for lack of prosecution.

No. 64568.—Herman M. Kleiner Company v. United States, protest 59/30349 (New York).

Opinion by JOHNSON, J.   Since the protest was filed more than 60 days after liquidation, it was dismissed as untimely, by virtue of section 514, Tariff Act of 1930.